

Kelly E. Farnan
302-651-7705
farnan@rlf.com

March 10, 2025

**BY CM/ECF**
The Honorable Gregory B. Williams
United States District Court
for the District of Delaware
844 King Street
Wilmington, DE 19801

> Re: ***Breckenridge Pharmaceutical, Inc. v. Hetero USA, Inc. et al.***,
> **C.A. No. 24- 571-GBW**

Dear Judge Williams,

Pursuant to the Court's November 6, 2024 Scheduling Order (D.I. 31), the parties in the above-referenced matter write to request the scheduling of a discovery teleconference.

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet- and-confer (by telephone) on March 3, 2025:

> Plaintiff:
> Delaware Counsel: Sara M. Metzler and Jessica E. Blau of Richards Layton & Finger, P.A.
> Lead Counsel: Christopher Sorenson of Merchant & Gould, P.C.
>
> Defendants:
> Delaware Counsel: Cortlan Hitch of Morris James LLP
> Lead Counsel: Adam C. LaRock and Dennies Varughese of Sterne Kessler Goldstein & Fox PLLC

The disputes requiring judicial attention are listed below:

1) Whether Defendants are required to provide supplemental responses to Plaintiff's Interrogatories 1-4.

Respectfully,

*/s/ Kelly E. Farnan*

Kelly E. Farnan (#4395)

■ ■ ■

One Rodney Square  ■  920 North King Street  ■  Wilmington, DE 19801  ■  Phone: 302-651-7700  ■  Fax: 302-651-7701

www.rlf.com