## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRECKENRIDGE PHARMACEUTICAL, INC., | ) ) ) |
| Plaintiff, | ) )    C.A. No. 24-571-GBW ) |
| v. | ) ) |
| HETERO USA, INC., HETERO LABS LIMITED UNIT-III, HETERO LABS LIMITED, and CAMBER PHARMACEUTICALS, INC. | ) ) ) ) ) |
| Defendants. | ) ) |

### PLAINTIFF'S MOTION TO COMPEL INTERROGATORY RESPONSES

Plaintiff Breckenridge Pharmaceutical, Inc. ("Plaintiff") hereby moves for an order compelling defendants Hetero USA, Inc., Hetero Labs Limited Unit-III, Hetero Labs Limited, and Camber Pharmaceuticals, Inc. (collectively, "Defendants") to produce a response that is clearly and fully responsive to Plaintiff's First Set of Interrogatories.

The grounds for this motion are set forth in Plaintiff's Letter to Special Master Chad S.C. Stover Regarding Discovery Dispute dated July 11, 2025.

OF COUNSEL:

Christopher J. Sorenson
MERCHANT & GOULD PC
150 South Fifth St., Suite 2200
Minneapolis, MN 55402
(612) 332-5300
csorenson@merchantgould.com

Jason M. Wiener
MERCHANT & GOULD PC
1900 Duke Street, Suite 600
Alexandria, VA 22314
(703) 684-2500
jwiener@merchantgould.com

Dated:  July 11, 2025

*/s/ Kelly E. Farnan*
Kelly E. Farnan (#4395)
Sara M. Metzler (#6509)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com
metzler@rlf.com

*Attorneys for Plaintiff*
*Breckenridge Pharmaceutical, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| BRECKENRIDGE PHARMACEUTICAL, INC., | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 24-571-GBW |
| v. | ) ) | |
| HETERO USA, INC., HETERO LABS LIMITED UNIT-III, HETERO LABS LIMITED, and CAMBER PHARMACEUTICALS, INC. | ) ) ) ) ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL**

WHEREAS, the Court having considered plaintiff Breckenridge Pharmaceutical, Inc.'s ("Plaintiff") Motion to Compel defendants Hetero USA, Inc., Hetero Labs Limited Unit-III, Hetero Labs Limited, and Camber Pharmaceuticals, Inc. (collectively, "Defendants") and any opposition thereto;

IT IS HEREBY ORDERED this ___ day of _____ 2025, that Plaintiff's Motion to Compel is GRANTED as follows:

1. Defendants shall produce a response that is fully and clearly responsive to Plaintiff's Interrogatory Nos. 1-4 by July 21, 2025. In response to Interrogatories 1-2, Defendants shall provide the equivalent of non-infringement contentions, including the basis therefor on a claim-by-claim basis as understood at the time Defendants filed their counterclaims. In response to Interrogatories 3-4, Defendants shall provide the equivalent of invalidity contentions, including the

1

basis therefor on a claim-by-claim basis as understood at the time Defendants filed their counterclaims.

_____
Special Master Chad S.C. Stover

2